FILED: WESTCHESTER COUNTY CLERK 03/09/2022 01:20 PM      INDEX NO. 57341/2022
NYSCEF DOC. NO. 1                                        RECEIVED NYSCEF: 03/09/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
--------------------------------------------------------------------X
ANDREA RUSSO,

                Plaintiff,

- against -

COSTCO WHOLESALE CORPORATION,

                Defendant.
--------------------------------------------------------------------X

**SUMMONS**

Index No.: 57341/2022
Date Filed: 03·09·2022

Plaintiff designates
Westchester County as
the place of trial.

The basis of the venue is
Plaintiff's residence.

**TO THE ABOVE NAMED DEFENDANT:**

       **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your Answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorney within twenty (20) days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:    White Plains, New York
           March 9, 2022

**DEFENDANT'S ADDRESES:**

COSTCO WHOLESALE CORPORATION
20 Stew Leonard Drive
Yonkers, New York 10710

Yours, etc.,

LAW OFFICES OF
FRANCIS X. YOUNG, PLLC
by:

_____
FRANCIS X. YOUNG
*Attorneys for Plaintiff*
    ANDREA RUSSO
Office & P.O. Address
One North Lexington Avenue, 7th Floor
White Plains, New York 10601
(914) 285-1500

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-------------------------------------------------------------------X
ANDREA RUSSO,

                              Plaintiff,

  - against -

COSTCO WHOLESALE CORPORATION,

                              Defendant.
-------------------------------------------------------------------X

**VERIFIED COMPLAINT**

Index No.: 57341/2022

Date Filed: 03-09-2022

       Plaintiff, ANDREA RUSSO, by her attorneys LAW OFFICES OF FRANCIS X. YOUNG, PLLC, complaining of Defendant, respectfully sets forth and alleges upon information and belief:

       **FIRST:** That at all times herein mentioned, the Plaintiff, ANDREA RUSSO, was and is presently a resident of Westchester County, State of New York.

       **SECOND:** Upon information and belief that at all times hereinafter mentioned, the Defendant, COSTCO WHOLESALE CORPORATION, was and is an entity, authorized to do business within the State of New York, maintaining an office for the transaction of business within the County of Westchester and State of New York.

       **THIRD:** Upon information and belief the Defendant, COSTCO WHOLESALE CORPORATION, its agents, servants and/or employees did own a business and commercial real property at 20 Stew Leonard Drive, City of Yonkers, County of Westchester and State of New York.

       **FOURTH:** Upon information and belief the Defendant, COSTCO WHOLESALE CORPORATION, its agents, servants and/or employees did manage, maintain, control and

FILED: WESTCHESTER COUNTY CLERK 03/09/2022 01:20 PM
NYSCEF DOC. NO. 1
INDEX NO. 57341/2022
RECEIVED NYSCEF: 03/09/2022

operate a business and commercial real property at 20 Stew Leonard Drive, City of Yonkers, County of Westchester and State of New York.

**FIFTH:** Upon information and belief, Defendant, COSTCO WHOLESALE CORPORATION, its agents, servants and/or employees were charged with the duty and responsibility of maintaining, managing, inspecting, repairing and controlling said premises located at 20 Stew Leonard Drive, Yonkers, New York.

**SIXTH:** That heretofore and on or about the 16TH day of January, 2022, while the Plaintiff, ANDREA RUSSO was lawfully within the premises of Defendant, COSTCO WHOLESALE CORPORATION at 20 Stew Leonard Drive, Yonkers, New York, she was caused to slip and fall on a defective, dangerous and unsafe condition sustaining serious, severe and permanent injuries.

**SEVENTH:** That Plaintiff's fall was caused as the result of the negligent, reckless and wanton conduct of the Defendant and others, its agents, servants and/or employees in their ownership, maintenance, management and control of the premises and without any negligence on the part of the Plaintiff contributing thereto.

**EIGHTH:** No conduct on the part of the Plaintiff contributed to the accident or Plaintiff's injuries.

**NINTH:** Upon information and belief that the negligence of the Defendant, COSTCO WHOLESALE CORPORATION., their agents, servants and/or employees, consisted of allowing and permitting liquid and debris to accumulate on the aforesaid floors; in allowing and permitting a dangerous and defective condition to exist on said floors; in failing to remove said defective and dangerous condition from the aforesaid floors; in suffering, permitting and

FILED: WESTCHESTER COUNTY CLERK 03/09/2022 01:20 PM
NYSCEF DOC. NO. 1

INDEX NO. 57341/2022
RECEIVED NYSCEF: 03/09/2022

and allowing wet floors to remain at the aforesaid premises; in failing to dry said wet floors; in failing to keep said traveled way safe and free from defects for the free and unobstructed use of pedestrians, particularly the Plaintiff, ANDREA RUSSO; in negligently, carelessly and wantonly allowing and permitting the accumulation of liquid and debris and dangerous and defective conditions at the aforesaid premises resulting in a hazard to the public, and particularly, the Plaintiff; in failing to provide warning or alert the public, particularly, the Plaintiff, ANDREA RUSSO as to the dangerous and hazardous condition existing within said premises.

**TENTH:** That as a result of the foregoing, the Plaintiff, ANDREA RUSSO was caused to sustain severe and serious injuries to her person, some of which, upon information and belief, are permanent in nature, all to her damage.

**ELEVENTH:** That as a result of the foregoing, Plaintiff, ANDREA RUSSO has been rendered sick, sore, lame and disabled and received permanent injuries.

**TWELFTH:** That as a result of the foregoing, Plaintiff, ANDREA RUSSO, has expended monies for medical and physical care and does continue to do so.

**THIRTEENTH:** That Defendant had actual and constructive notice of the aforesaid condition and that Defendant caused and created said condition and that said condition was caused to be, become and remain at the aforesaid location for such a lengthy and unreasonable period of time prior to this occurrence that Defendant knew or in the exercise of due and reasonable care would have known same to be then and there existing.

**FOURTEENTH:** That this action falls within one or more of the exceptions to the limited liability provisions of Article 1600 of the Civil Practice Law and Rules of the State of New York.

**FIFTEENTH:** That by reason of the foregoing, Plaintiff, ANDREA RUSSO, was caused to sustain severe and serious injuries of a permanent and lasting nature; was caused to undergo medical care and treatment; was incapacitated from attending her usual activities; was caused to expend sums of money for her medical care and treatment and, upon information and belief will expend additional sums in the future; all to her damage in a sum of money exceeding the monetary jurisdictional limits of all lower Courts.

WHEREFORE for all the above reasons stated the Plaintiff, ANDREA RUSSO, has sustained damages in an amount exceeding the jurisdictional limit of all lower courts which would otherwise have jurisdiction of this claim, together with interest, costs, disbursements, fees and attorney's fees.

Dated: White Plains, New York
March 9, 2022

LAW OFFICES OF
FRANCIS X. YOUNG, PLLC
By:

FRANCIS X. YOUNG
*Attorneys for Plaintiff, ANDREA RUSSO*
Office & P.O. Address
One North Lexington Avenue, 7th Floor
White Plains, New York 10601
fxy@younglawny.com
(914) 285-1500

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------x
ANDREA RUSSO,

                               Plaintiff/Petitioner,             Index No.: 57341/2022

      -against-

COSTCO WHOLESALE CORPORATION,

                              Defendant/Respondent.
------------------------------------x

## NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as required by CPLR § 2111 and Uniform Rule§ 202.5-bb (mandatory electronic filing). This notice is being served as required by that rule.

NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

**Parties represented by an attorney:** An attorney representing a party who is served with this notice must either: 1) immediately record his or her representation within the e-filed matter on the NYSCEF site; or 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

**Parties not represented by an attorney: Unrepresented litigants are exempt from efiling. They can serve and file documents in paper form and must be served with documents in paper form.** However, an unrepresented litigant may participate in efiling.

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts.gov/efileunrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 03-28-2022

_____
Signature

FRANCIS X YOUNG
Name

Firm Name: Law Offices of Francis X. Young, PLLC

One North Lexington Avenue, 7th Floor
Address

White Plains, NY 10601
City, State, and Zip

914-285-1500
Phone

fxy@younglawny.com
E-Mail

TO:   COSTCO WHOLESALE CORPORATION
_____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-----------------------------------------------------------------x
ANDREA RUSSO,

                    Plaintiff/Petitioner,

    - against -                                Index No. 57341/2022
COSTCO WHOLESALE CORPORATION,

                    Defendant/Respondent.
-----------------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**<u>If</u> you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

        • serving and filing your documents electronically

        • free access to view and print your e-filed documents

        • limiting your number of trips to the courthouse

        • paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys
### (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: 03-28-2022

_____
FRANCIS X. YOUNG
Name
Law Offices of Francis X. Young, PLLC

Firm Name

One North Lexington Avenue, 7th Floor
Address

White Plains, New York 10601

(914) 285-1500
Phone

fxy@younglawny.com
E-Mail

To:   COSTCO WHOLESALE CORP(

_____

_____

## STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGMENT OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT OR SUMMONS WITH NOTICE OR NOTICE OF PETITION AND PETITION

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-------------------------------------------------------------------X
ANDREA RUSSO,

                  Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION,

                  Defendant.
-------------------------------------------------------------------X

**STATEMENT OF SERVICE BY MAIL**

Index No. 57341/2022

Date Filed: 03-09-2022

### STATEMENT OF SERVICE BY MAIL

To:    COSTCO WHOLESALE CORPORATION
        20 Stew Leonard Drive
        Yonkers, New York 10710

       The enclosed Summons and Complaint, Notice of Commencement of Action Subject to Mandatory Electronic Filing, or Summons with Notice, or Notice of Petition and Petition, are served pursuant to Section 312-a of the Civil Practice Law and Rules.

       To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgment part of this form, and mail or deliver one copy of the completed form to the sender, within thirty (30) days from the date you receive it. If you wish to consult an attorney, you should do so as soon as possible, before the thirty (30) days expire.

       If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) may be required to pay expenses incurred in servicing the Summons and Complaint, Notice of Commencement of Action Subject to Mandatory Electronic Filing, or Summons with Notice, or Notice of Petition and Petition, in any other manner permitted by law, and the cost of such service, as permitted by law, may be entered as a judgment against you.

       If you have received a Complaint or Petition with this Statement, the return of this Statement and Acknowledgment does not relieve you of the necessity to answer the Complaint or Petition. The time to answer expires twenty (20) days after the day you mail this form to the sender. If you wish to consult with an attorney, you should do so as soon as possible, before the twenty (20) days expire.

       If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature, your relationship to

the entity. If you are served on behalf of another person, and you are authorized to receive process, you must indicate your authority under your signature.

    It is a crime to forge a signature or to make a false entry of this statement or on the acknowledgment.

Dated:    White Plains, New York
            March 28, 2022

                                          LAW OFFICES OF
                                          FRANCIS X. YOUNG, PLLC
                                          By:

                                          FRANCIS X. YOUNG
                                          Attorneys for Plaintiff, ANDREA RUSSO
                                          Office & P.O. Address
                                          One North Lexington Avenue, 7th Floor
                                          White Plains, New York 10601
                                          (914) 285-1500

**ACKNOWLEDGMENT OR RECEIPT OF SUMMONS AND COMPLIANT**

## OR SUMMONS WITH NOTICE OR NOTICE OF PETITION AND PETITION

I received a Summons and Complaint and Notice of Commencement of Action Subject to Mandatory Electronic Filing or Summons with Notice, or Notice of Petition and Petition, in the above-captioned matter.

PLEASE CHECK ONE OF THE FOLLOWING; IF (2) IS CHECKED, COMPLETE AS INDICATED.

(1) / /  I am not in the military service.
(2) / /  I am in military service, and my rank, serial number and branch of service are as follows:

                Rank:
                Serial Number:
                Branch of Service:

Date: _____

                                      _____
                                      Signature

                                      _____
                                      Print Name

                                      _____
                                      Relationship to Entity/Authority to
                                      Receive Service of Process if applicable

**STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGMENT OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT OR SUMMONS WITH NOTICE OR NOTICE OF PETITION AND PETITION**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------------------------------X
ANDREA RUSSO,

                            Plaintiff,

   -against-

COSTCO WHOLESALE CORPORATION,

                          Defendant.
------------------------------------------------------------X

**STATEMENT OF SERVICE BY MAIL**

Index No. 57341/2022

Date Filed: 03-09-2022

**STATEMENT OF SERVICE BY MAIL**

To:   COSTCO WHOLESALE CORPORATION
        20 Stew Leonard Drive
        Yonkers, New York 10710

     The enclosed Summons and Complaint, Notice of Commencement of Action Subject to Mandatory Electronic Filing, or Summons with Notice, or Notice of Petition and Petition, are served pursuant to Section 312-a of the Civil Practice Law and Rules.

     To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgment part of this form, and mail or deliver one copy of the completed form to the sender, within thirty (30) days from the date you receive it. If you wish to consult an attorney, you should do so as soon as possible, before the thirty (30) days expire.

     If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) may be required to pay expenses incurred in servicing the Summons and Complaint, Notice of Commencement of Action Subject to Mandatory Electronic Filing, or Summons with Notice, or Notice of Petition and Petition, in any other manner permitted by law, and the cost of such service, as permitted by law, may be entered as a judgment against you.

     If you have received a Complaint or Petition with this Statement, the return of this Statement and Acknowledgment does not relieve you of the necessity to answer the Complaint or Petition. The time to answer expires twenty (20) days after the day you mail this form to the sender. If you wish to consult with an attorney, you should do so as soon as possible, before the twenty (20) days expire.

     If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature, your relationship to

FRANCIS X. YOUNG, PLLC
1 North Lexington Avenue, 7th Floor
White Plains, NY 10601

Law Offices of Francis X. Young, PLLC
One North Lexington Avenue, 7th Floor
White Plains, New York  10601

