UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANDREA RUSSO,

                              Plaintiff,

                                                                 CIVIL ACTION NO.:
           -against-                                7:22-CV-03130-CS

COSTCO WHOLESALE CORPORATION,

                              Defendants.
-------------------------------------------------------------------X

## PLAINTIFF'S RESPONSE TO DEFENDANT, COSTCO WHOLESALE CORPORATION'S SECOND SET OF INTERROGATORIES

Plaintiff, ANDREA RUSSO, by her attorneys, LAW OFFICES OF FRANCIS X. YOUNG, PLLC, as and for her Response to Defendants Second Set of Interrogatories Directed to Plaintiff, dated September 9, 2022, respectfully alleges as follows:

## DEFINITIONS

1. The terms "you" or "Plaintiff" shall refer to Plaintiff in this action, Andrea Russo, including her agent(s) and representative(s).

2. The term "Defendant" shall refer to Defendant in this action, Costco Wholesale Corporation, including its agent(s) and representative(s).

3. The term "Complaint" refers to the complaint filed by Plaintiff in this action.

4. The term "Incident" refers to the event alleged in Plaintiff's Complaint, and all alleged injuries arising therefrom.

5. "The Premises" shall refer to the medical facility located at 20 Stew Leonard Drive, Yonkers, New York where Plaintiff claims the incident occurred.

## INTERROGATORIES

**Interrogatory No. 1**

Please identify yourself fully, giving your full name, age, residence, business address, occupation, date of birth and if married, give the name of your spouse. If you have ever one y a different name(s), please provide those name(s) and the time period when you went by each.

ANSWER:   Andrea Russo.

        Address:   55 Greentree Drive
                       Scarsdale, New York 10583

        Date of Birth: Previously provided.

        Marital status: Widowed.

**Interrogatory No. 2**

Please identify fully and completely each person you expect to call as an expert witness at the trial of the above entitled case, including in your response the following:

    a)   the expert's name, address, employer and educational background;
    b)   state fully and in complete detail the subject matter upon which each expert is expected by Plaintiff to testify;
    c)   state the substance of the facts and opinions to which the expert is expected by Plaintiff to testify; and
    d)   set forth a summary of the grounds for each opinion which each expert is expected by the Plaintiff to give.

ANSWER:   Expert witnesses not yet identified.

**Interrogatory No. 3**

Please state the names and residential and business address of any individual who witnessed the Incident and/or the events leading to the Incident, as well as a statement regarding what each witness has knowledge of. Defendant requests that you update this list should it change prior to trail by furnishing a supplemental list to Defendant's attorney.

ANSWER:   Plaintiff is unaware of liability witnesses other than possible witnesses shown on Defendant's video.

**Interrogatory No. 4**

Please list the name and address of all medical providers who have treated or examined you from January 16, 2022 until the present.

ANSWER:

    Plaintiff's medical providers:

    White Plains Hospital
    41 East Post Road
    White Plains, New York 10601;

    The New Jewish Home-Sarah Neuman in Westchester
    845 Palmer Avenue
    Mamaroneck, New York 10543;

    John A. Galeno, M.D.
    4 Westchester Park Drive, 4th Floor
    White Plains, New York;

    Kevin Maloney, M.D.
    144 East Boston Post Road
    Mamaroneck, New York 10549;

    Professional Physical Therapy
    777 White Plains Road
    Eastchester, New York 10709

**Interrogatory No. 5**

Are you claiming lost income or lost earning capacity as a result of the Incident? If your answer is anything other than an unqualified "no", please state as accurately as possible:

    a)    what your occupation was at the time of the Incident;
    b)    the full name and address of your employer, or, if you were self-employed, the name of your business;
    c)    the dates during which you were incapacitated from working;
    d)    the average weekly income received by you in the two years prior to the Incident; and
    e)    the amount of financial loss suffered by you as a result of your lost time from work.

ANSWER:    No lost income claim.

3

**Interrogatory No. 6**

Are you entitled to Medicare benefits under Part A (Hospital Insurance), Part B (Medical Insurance), Part C (Medicare Advantage Plan Coverage), or Part D (Prescription Drug Coverage? If so, please state:

    a)     the date on which you first became entitled to receive such benefits;
    b)     your Medicare health Insurance Claim Number (HICN); and
    c)     whether any of the medical expenses related to the Incident alleged in your Complaint have been submitted to, or paid by, Medicare.

ANSWER:     Plaintiff is trying to obtain Medicare lien information.

**Interrogatory No. 7**

Please describe fully and in complete detail any illnesses, injuries, diseases, defects or operations in any way related to the damages which you allege you have sustained as a result of this Incident which you may have had or suffered from:

    a)     within ten (10) years prior to the date of your alleged Incident; and
    b)     at any time after the date of your alleged Incident not caused by or arising from the same, setting forth the dates upon which each of the above was had or suffered from.

ANSWER:     Plaintiff, ANDREA RUSSO, has sustained the following injuries:

Acute fracture left hip with impaction;

Trauma to left shoulder/arm producing pain and loss of range of motion and strength;

Fracture of the left femoral neck resulting in surgery on January 18, 2022 by John A. Galeno, M.D.;

Plaintiff hit head on floor when she fell causing pain;

Plaintiff has lost ability to walk as she could before having to use a wheelchair and walker;

Plaintiff can only walk minimally without assistance;

Plaintiff can no longer pick up many objects with her left arm and can no longer cook, clean and do domestic chores.

Plaintiff's left leg, foot and ankle remain swollen and painful.

Additionally, in the event that the injuries to Plaintiff were superimposed upon any pre-existing conditions which may have contributed to the extent and severity

4

of her injuries and rendered her more prone or susceptible to further injury, then such pre-existing conditions or susceptibility, if any, were aggravated, activated, precipitated, accelerated and acted upon by the injuries sustained by her in the subject occurrence.

It is claimed that the above injures are of a permanent nature. The aforesaid injuries directly and or indirectly caused damage to the skin, bones, nerves, tendons, muscles, ligaments, blood vessels and soft tissues of the injured and surrounding areas, resulting in sympathetic and radiating pain, tenderness and limitation of motion and limitation of those functions which are dependent or interdepended upon the injured area, with organic and functional disturbances and soft tissue damage.

Plaintiff suffered from pain and limitation of motion in and about the aforesaid areas, in consideration of which the Plaintiff reserves the right to furnish a further supplemental and amended Bill of Particulars covering any of the injuries as aforesaid or any of the items of special damages up to and including the time of trial.

**Interrogatory No. 8**

Please identify and itemize all damages you allege to have suffered as a result of the Incident which are not set forth in your answers to the preceding interrogatories.

ANSWER: Damages include pain and suffering and loss of enjoyment of life occasioned by the personal injuries set forth in Paragraph No. 7 above and as testified to by Plaintiff at her deposition of November 29, 2022.

Dated: November 30, 2022

                  Respectfully submitted.

                  LAW OFFICES OF
                  FRANCIS X. YOUNG, PLLC
                  by:

                  FRANCIS X. YOUNG (8205)
                  Attorneys for Plaintiff, ANDREA RUSSO
                  Office & P.O. Address
                  One North Lexington Avenue, 11th Floor
                  White Plains, New York   10601
                  (914) 285-1500
                  fxy@younglawny.com

TO:

COUGHLIN BETKE LLP
ANDREW FERGUSON  (AF5154)
New York Office Address
1330 Avenue of the Americas, Suite 23A
New York, New York 10019

MAILING ADDRESS:
175 Federal Street
Boston, Massachusetts 02110
(617) 988-8050
aferguson@coughlinbetke.com