```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ANDREA RUSSO,

                        Plaintiffs,

          -against-

COSTCO WHOLESALE CORPORATION,

                        Defendant.

-------------------------------------------------------------------X

22-CV-03130 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    The parties are directed to file a joint letter by no later than August 3, 2023, providing the Court an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

    **SO ORDERED.**

DATED:    White Plains, New York
                July 20, 2023

                                                  _____
                                                  VICTORIA REZNIK
                                                  United States Magistrate Judge