# COUGHLIN BETKE LLP

**1330 AVENUE OF THE AMERICAS, SUITE 23A**
**NEW YORK, NEW YORK 10019**

TELEPHONE: 212-653-0380
FACSIMILE: 617-988-8005

*Please send all correspondence to our Boston office for scanning.*

Courtney Hays                                                                                         Number: (617) 988-8050
Admitted in NY, CT, and FL                                                                 Email: chays@coughlinbetke.com

August 2, 2023

*Via ECF*
Hon. Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>Russo, Andrea v. Costco Wholesale Corporation</u>
              *Southern District of New York Index No. 22-CV-03130 (VR)*

Dear Judge Reznik:

    In accordance with the July 20, 2023 Order, this joint correspondence is to update the Court on the status of the case, the progress of discovery in the prior month, and the anticipated steps in the upcoming month in the above captioned case. The parties are still engaged in the discovery process. We have conducted depositions of the Plaintiff, her son, and four Costco employees. The depositions revealed that further discovery is needed. In addition, the Defendant will likely wish to conduct an independent medical exam of the Plaintiff, but is still awaiting Plaintiff's complete medical chart.

    Within the past month, Defense counsel has followed up with Plaintiff's counsel to obtain a response to our Requests for Document Production; a complete copy of all of Plaintiff's medical records with medical providers identified by Plaintiff in discovery; a copy of Plaintiff's son's communications with her medical providers; records regarding Plaintiff's treatment for an alleged shoulder injury after the subject incident; and any records for Plaintiff's treatment from 2008 – present. Plaintiff's counsel let us know that he has provided a copy of Plaintiff's medical records that they have within their possession.

| RHODE ISLAND | CONNECTICUT | NEW HAMPSHIRE | NEW YORK |
|---|---|---|---|
| 10 DORRANCE STREET | 100 PEARL STREET | 20 TRAFALGAR SQUARE | 1330 AVENUE OF THE AMERICAS |
| SUITE 700 | 14TH FLOOR | SUITE 435 | SUITE 23A |
| PROVIDENCE, RI 02903 | HARTFORD, CT 06103 | NASHUA, NH 03063 | NEW YORK, NY 10019 |
| TEL: 401-519-3637 | TEL: 860-249-7020 | TEL: 603-589-4025 | TEL: 212-653-0380 |

Honorable Victoria Reznik
August 2, 2023
2 of 2

Plaintiff's counsel has also provided authorizations for some of Plaintiff's medical providers, which defense counsel has sent out and is awaiting responses from multiple medical providers.

Plaintiff has requested last known contact information of a former Costco employee. Defendant's counsel is in the process of gathering the information requested by Plaintiff's counsel to respond to the same.

The parties are hopeful that all of the above can be completed within the next sixty (60) days. Defendant may also retain an expert witness in the case, but is somewhat hamstrung on the delays associated with obtaining all of Plaintiff's medical records. This delay is not a result of the Plaintiff not providing authorizations, but instead delays by medical providers in processing requests. The parties are also considering engaging in mediation, but the Defendant will first need a complete medical chart of the Plaintiff.

Please let the parties know if the Court needs any further information.

Respectfully,

| Plaintiff | Defendant |
|---|---|
| ANDREA RUSSO | COSTCO WHOLESALE CORPORATION |
| By her attorneys, | By its attorneys, |
| */e/ Francis Young* | */e/ Courtney Hays* |
| Francis X. Young, Esq. | Courtney Hays, Esq. |
| Law Offices of Francis X. Young | Coughlin Betke LLP |
| On North Lexington Avenue, 7th Floor | 1330 Avenue of the Americas, Suite 23A |
| White Plains, New York 10601 | New York, NY 10019 |
| fxy@younglawny.com | |
| | Mailing Address |
| | 175 Federal Street |
| | Boston, MA 02110 |
| | (617) 988-8050 |
| | chays@coughlinbetke.com |

| RHODE ISLAND | CONNECTICUT | NEW HAMPSHIRE | MASSACHUSETTS |
|---|---|---|---|
| 10 DORRANCE STREET | 100 PEARL STREET | 20 TRAFALGAR SQUARE | 175 FEDERAL STREET |
| SUITE 700 | 14TH FLOOR | SUITE 435 | 14TH FLOOR |
| PROVIDENCE, RI 02903 | HARTFORD, CT 06103 | NASHUA, NH 03063 | BOSTON, MA 02110 |
| TEL: 401-519-3637 | TEL: 860-249-7020 | TEL: 603-589-4025 | TEL: 617-988-8050 |