# COUGHLIN BETKE LLP

### 1330 AVENUE OF THE AMERICAS, SUITE 23A
### NEW YORK, NEW YORK 10019

**TELEPHONE: 212-653-0380**
**FACSIMILE: 617-988-8005**

*Please send all correspondence to our Boston office for scanning.*

Courtney Hays                                                   Number: (617) 988-8050
Admitted in NY, CT, and FL                                      Email: chays@coughlinbetke.com

September 5, 2023

***Via ECF***
Hon. Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     Russo, Andrea v. Costco Wholesale Corporation
        *Southern District of New York Index No. 22-CV-03130 (VR)*

Dear Judge Reznik:

     In accordance with the August 3, 2023 Memo endorsing discovery deadlines, this joint correspondence is to update the Court on the status of the case, the progress of discovery in the prior month, and the anticipated steps in the upcoming month in the above captioned case. The parties are still engaged in the discovery process. Defendant is still seeking a complete copy of Plaintiff's medical records. Defendant will likely wish to conduct an independent medical exam of the Plaintiff, but is still awaiting Plaintiff's complete medical chart.

     In accordance with your rules, the parties have conferred over email and letter regarding discovery disputes on numerous dates and since our last report to you on August 29 and 31, 2023. On September 1, 2023, the parties agreed there is a need to request a conference with the Court regarding discovery disputes. The parties engaged in a meet-and-confer by telephone at 12:36 p.m. on September 5, 2023 in a call that lasted 7 minutes.

| | | | |
|---|---|---|---|
| **RHODE ISLAND** | **CONNECTICUT** | **NEW HAMPSHIRE** | **NEW YORK** |
| 10 DORRANCE STREET | 100 PEARL STREET | 20 TRAFALGAR SQUARE | 1330 AVENUE OF THE AMERICAS |
| SUITE 700 | 14TH FLOOR | SUITE 435 | SUITE 23A |
| PROVIDENCE, RI 02903 | HARTFORD, CT 06103 | NASHUA, NH 03063 | NEW YORK, NY 10019 |
| TEL: 401-519-3637 | TEL: 860-249-7020 | TEL: 603-589-4025 | TEL: 212-653-0380 |

Honorable Victoria Reznik
September 5, 2023
2 of 2

The discovery disputes involves the following Defendant's Requests for Document Production (Defendant submits it has not yet received a formal response); a complete copy of all of Plaintiff's medical records with medical providers identified by Plaintiff in discovery (Defendant does not have records from Dr. DiMaio, CareLinx, Optimum PT, and Professional PT; we were provided authorizations but the providers have failed to respond and the documents have not been otherwise been produced); a copy of Plaintiff's son's communications with Plaintiff's medical providers; records regarding Plaintiff's treatment for an alleged shoulder injury she is claiming to have sustained in the subject incident which Plaintiff agreed to produce; and records for Plaintiff's treatment from 2008 – present, including physical therapy, imaging, primary care, physical and/or occupational therapies, and treatment for any hip or leg injuries.  Each of these items has been followed up on since they were first requested.

Defendant may also retain an expert witness in the case, but is somewhat hamstrung on the delays associated with obtaining all of Plaintiff's medical records.  The parties are also considering engaging in mediation, but the Defendant will first need a complete medical chart of the Plaintiff.

At this juncture, Defendant requests a discovery extension to December 1, 2023.

The parties request a pre-motion conference for discovery disputes.

Please let the parties know if the Court needs any further information.

Respectfully,

| | |
|---|---|
| Plaintiff | Defendant |
| ANDREA RUSSO | COSTCO WHOLESALE CORPORATION |
| By her attorneys, | By its attorneys, |

*/e/ Francis Young*

Francis X. Young, Esq.
Law Offices of Francis X. Young
On North Lexington Avenue, 7th Floor
White Plains, New York 10601
fxy@younglawny.com

*/e/ Courtney Hays*

Courtney Hays, Esq.
Coughlin Betke LLP
1330 Avenue of the Americas, Suite 23A
New York, NY 10019

Mailing Address
175 Federal Street
Boston, MA 02110
(617) 988-8050
chays@coughlinbetke.com

**RHODE ISLAND**
10 DORRANCE STREET
SUITE 700
PROVIDENCE, RI 02903
TEL: 401-519-3637

**CONNECTICUT**
100 PEARL STREET
14TH FLOOR
HARTFORD, CT 06103
TEL: 860-249-7020

**NEW HAMPSHIRE**
20 TRAFALGAR SQUARE
SUITE 435
NASHUA, NH 03063
TEL: 603-589-4025

**MASSACHUSETTS**
175 FEDERAL STREET
14TH FLOOR
BOSTON, MA 02110
TEL: 617-988-8050