UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ANDREA RUSSO,

                           Plaintiff,

                           CIVIL ACTION NO.:
-against-                        7:22-CV-03130-CS

COSTCO WHOLESALE CORPORATION,

                           Defendants.
-------------------------------------------------------------------------X

## PLAINTIFF'S RESPONSE TO DEFENDANT, COSTCO WHOLESALE CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiff, ANDREA RUSSO, by her attorneys, LAW OFFICES OF FRANCIS X. YOUNG, PLLC, as and for her Response to Defendant's First Set of Requests for Production of Documents Directed to Plaintiff, respectfully alleges as follows:

### Definitions

1. The full text of the following definitions is incorporated by reference into each interrogatory.

2. "Plaintiff", "you," and "your" shall refer to the Plaintiff in this action, Andrea Russo, including her agent(s) and representative(s).

3. The term "Defendant" shall refer to Defendant, Costco Wholesale Corporation, and its agents, employees, and representatives.

4. The "Complaint" shall refer to the Complaint filed by the Plaintiff, Andrea Russo, in this action.

5. The term "Incident" refers to the event alleged in Plaintiff's Complaint, and all alleged injuries arising therefrom.

6. "The Premises" shall refer to the medical facility located at 20 Stew Leonard Drive, Yonkers, New York where Plaintiff claims the incident occurred.

## Requests

### Request No. 1

Any and all documents setting forth the names and addresses of all persons who witnessed the events alleged in Your Complaint, either directly or indirectly.

ANSWER: Plaintiff does not have this information.

### Request No. 2

Any and all medical records, reports, letters, and statements, full and complete hospital records, reflecting treatment you received for the injuries you allegedly sustained as a result of the events alleged in Your Complaint.

ANSWER: HIPAA compliant authorizations for medical treatment already provided to defense counsel.

### Request No. 3

Any and all medical bills for treatment you received for the injuries you allegedly sustained as a result of the events alleged in Your Complaint.

ANSWER: Plaintiff does not have medical bills.

### Request No. 4

If you are not able to provide medical records or bills in accordance with any of the above requests, then a duly executed authorization signed by you for such records is hereby requested, in the alternative.

ANSWER: See #2 above.

### Request No. 5

Any and all documents or correspondence which relate to any liens asserted by healthcare providers or insurers (including without limitation Medicaid, Medicare, or MassHealth) noticed in connection with the Incident, or any alleged injuries arising out of the events alleged in Your Complaint.

ANSWER: Plaintiff's counsel is working to get the lien information.

**Request No. 6**

Any and all comments, statements, reviews or other material that you believe Costco wrote or published regarding, concerning, referencing, mentioning, or otherwise pertaining to Your.

ANSWER:   Not applicable.

**Request No. 7**

Any and all documents evidencing communications between you and Costco regarding the events alleged in Your Complaint or the injuries you allegedly sustained therefrom, including without limitation any memoranda or notes drafted by you concerning said conversations.

ANSWER:   Not applicable.

**Request No. 8**

Any and all documents evidencing communications between you and any witnesses to the events alleged in Your Complaint or the injuries you allegedly sustained therefrom.

ANSWER:   To the extent Plaintiff spoke to medical providers these statements may be in the medical records.

**Request No. 9**

Any and all documents concerning any lawsuits, administrative proceedings, or claims (including workers' compensation claims) in which you have alleged personal injuries, from January 16, 2022 to the present.

ANSWER:   Not applicable.

**Request No. 10**

Any and all documents evidencing what it is you claim to be the basis of Your Complaint.

ANSWER:   Authorizations for medical records provided to Defendant's counsel.

**Request No. 11**

Any and all documents concerning actual and/or constructive notice of the alleged condition as claimed in Your Complaint.

ANSWER:   See video exchanged by Costco counsel showing several Costco employees looking at and walking by plastic beverage cup lids on floor.

**Request No. 12**

If you are alleging a loss of income or a loss of earning capacity as a result of the allegations in Your Complaint, please provide copies of all documents, including without limitation, copies of your tax returns, which pertain or relate to your wages, salaries, tips commissions or other income or earnings for the years 2017 through the present.

ANSWER:   Not applicable.

**Requests No. 13**

Any and all reports and statements and letters which were filed and/or completed by any expert or experts concerning the allegations in Your Complaint or the injuries you allegedly sustained therefrom.

ANSWER:   Expert not yet retained.

**Request No. 14**

The resume or curriculum vitae of each expert witness you intend to call at trial.

ANSWER:   Expert not yet retained.

**Request No. 15**

Any and all documents concerning damages or injuries incurred by you as a result of the allegations in Your Complaint which have not been produced in response to the above requests.

ANSWER:   Plaintiff believes all medical HIPAA compliant authorizations have been provided.

Dated: July 6, 2023

                                                        Respectfully submitted.

LAW OFFICES OF
FRANCIS X. YOUNG, PLLC
by:

_____
FRANCIS X. YOUNG (8205)
Attorneys for Plaintiff, ANDREA RUSSO
Office & P.O. Address
One North Lexington Avenue, 11th Floor

White Plains, New York   10601
(914) 285-1500
fxy@younglawny.com

TO:

COUGHLIN BETKE LLP
ANDREW FERGUSON  (AF5154)
New York Office Address
1330 Avenue of the Americas, Suite 23A
New York, New York 10019

MAILING ADDRESS:
175 Federal Street
Boston, Massachusetts 02110
(617) 988-8050
aferguson@coughlinbetke.com