# COUGHLIN BETKE LLP

**1330 AVENUE OF THE AMERICAS, SUITE 23A**
**NEW YORK, NEW YORK 10019**

TELEPHONE: 212-653-0380
FACSIMILE: 617-988-8005

*Please send all correspondence to our Boston office for scanning.*

Courtney Hays  
Admitted in NY, CT, and FL

Number: (617) 988-8050  
Email: chays@coughlinbetke.com

January 29, 2024

<u>*Via ECF*</u>  
Hon. Victoria Reznik  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

Re:   <u>Russo, Andrea v. Costco Wholesale Corporation</u>  
         *Southern District of New York Index No. 22-CV-03130 (VR)*

Dear Judge Reznik:

In accordance with the November 6, 2023 Minute Entry for the telephonic status conference, this joint correspondence is to update the Court on the status of settlement and discovery, including whether Plaintiff's surgery is still scheduled for January 17, 2024.

The parties are still engaging in the discovery process. The Court previously so ordered subpoenas for Plaintiff's medical records. Defendant's counsel has received responses from most of the providers, but is still awaiting a response from Dr. Wasserman and we may need Court involvement to get those records. Once Defendant receives Dr. Wasserman's records for Plaintiff, it will be able to fully assess Plaintiff's claims and determine if it wishes to conduct an independent medical exam of the Plaintiff.

Plaintiff decided that she did not want to undergo the surgery scheduled for January 17, 2024. Based on this decision, Plaintiff's counsel is proceeding with obtaining an orthopedic expert review. This review has not yet been completed.

The parties are hopeful that all of the above can be completed within the next sixty (60) days.

| RHODE ISLAND | CONNECTICUT | NEW HAMPSHIRE | NEW YORK |
|---|---|---|---|
| 10 DORRANCE STREET | 100 PEARL STREET | 20 TRAFALGAR SQUARE | 1330 AVENUE OF THE AMERICAS |
| SUITE 700 | 14TH FLOOR | SUITE 435 | SUITE 23A |
| PROVIDENCE, RI 02903 | HARTFORD, CT 06103 | NASHUA, NH 03063 | NEW YORK, NY 10019 |
| TEL: 401-519-3637 | TEL: 860-249-7020 | TEL: 603-589-4025 | TEL: 212-653-0380 |

Honorable Victoria Reznik
January 29, 2024
2 of 2

      Please let the parties know if the Court needs any further information.

Respectfully,

| Plaintiff | Defendant |
|---|---|
| ANDREA RUSSO | COSTCO WHOLESALE CORPORATION |
| By her attorneys, | By its attorneys, |

/e/ Francis X. Young            /e/ Courtney Hays

Francis X. Young, Esq.
Law Offices of Francis X. Young
On North Lexington Avenue, 7th Floor
White Plains, New York 10601
fxy@younglawny.com

Courtney Hays, Esq.
Coughlin Betke LLP
1330 Avenue of the Americas, Suite 23A
New York, NY 10019

Mailing Address
175 Federal Street
Boston, MA 02110
(617) 988-8050
chays@coughlinbetke.com