# COUGHLIN BETKE LLP

**1330 AVENUE OF THE AMERICAS, SUITE 23A**
**NEW YORK, NEW YORK 10019**

TELEPHONE: 212-653-0380
FACSIMILE: 617-988-8005

*Please send all correspondence to our Boston office for scanning.*

Courtney Hays  
Admitted in NY, CT, and FL

Number: (617) 988-8050  
Email: chays@coughlinbetke.com

February 27, 2024

<u>*Via ECF*</u>
Hon. Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  <u>Russo, Andrea v. Costco Wholesale Corporation</u>
*Southern District of New York Index No. 22-CV-03130 (VR)*

Dear Judge Reznik:

In accordance with the January 30, 2024 Memo Endorsement email, this joint correspondence is to update the Court on the status of settlement and discovery.

The parties are still engaging in the discovery process. Defendant has requested updated medical records, specifically regarding the recommendation and denial of a second surgery. The Court previously so ordered subpoenas for Plaintiff's medical records. Defendant's counsel has received responses from most of the providers, but is still awaiting a response from Dr. Wasserman. In addition, due to the lapse in time from the last issues subpoenas and date of production, defense counsel is uncertain if all records and bills have been produced. Defendant requests that this Court "so order" some updated subpoenas, and Plaintiff assents to same. Once Defendant receives all records, including but not limited to Dr. Wasserman, it will be able to fully assess Plaintiff's claims and determine if it wishes to conduct an independent medical exam of the Plaintiff.

| RHODE ISLAND | CONNECTICUT | NEW HAMPSHIRE | NEW YORK |
|---|---|---|---|
| 10 DORRANCE STREET | 100 PEARL STREET | 20 TRAFALGAR SQUARE | 1330 AVENUE OF THE AMERICAS |
| SUITE 700 | 14TH FLOOR | SUITE 435 | SUITE 23A |
| PROVIDENCE, RI 02903 | HARTFORD, CT 06103 | NASHUA, NH 03063 | NEW YORK, NY 10019 |
| TEL: 401-519-3637 | TEL: 860-249-7020 | TEL: 603-589-4025 | TEL: 212-653-0380 |

Plaintiff's counsel advises an expert disclosure as to orthopedics will be disclosed in the near future.

Defendant intends to file a Motion for Summary Judgment. In accordance with your Honor's rules, Defendant's counsel will file a letter regarding a pre-motion conference prior to filing the Motion for Summary Judgment.

The parties are hopeful that all of the above can be completed within the next ninety (90) days.

Please let the parties know if the Court needs any further information.

Respectfully,

| Plaintiff | Defendant |
|---|---|
| ANDREA RUSSO | COSTCO WHOLESALE CORPORATION |
| By her attorneys, | By its attorneys, |
| /e/ Francis X. Young | /e/ Courtney Hays |
| Francis X. Young, Esq. | Courtney Hays, Esq. |
| Law Offices of Francis X. Young | Coughlin Betke LLP |
| On North Lexington Avenue, 11th Floor | 1330 Avenue of the Americas, Suite 23A |
| White Plains, New York 10601 | New York, NY 10019 |
| fxy@younglawny.com | |
| | Mailing Address |
| | 175 Federal Street |
| | Boston, MA 02110 |
| | (617) 988-8050 |
| | chays@coughlinbetke.com |