UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANDREA RUSSO, | ) | |
| *Plaintiff* | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 7:22-cv-03130-cs |
| | ) | |
| | ) | |
| COSTCO WHOLESALE CORPORATION, | ) | |
| *Defendant* | ) | |
| | ) | |

## STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT'S, COSTCO WHOLESALE CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Civil Rule 56.1, Defendant Costco Wholesale Corporation ("Costco" or "Defendant"), submits the following statement of undisputed facts in support of its Motion for Summary Judgment.

This case arises out of a trip and fall on January 16, 2022, within the Costco located at 20 Stew Leonard Drive, Yonkers, New York ("Subject Incident"). At the time of the Subject Incident, Plaintiff Andrea Russo ("Plaintiff") was shopping within the Subject Costco. She checked out and went to the concession area. She purchased a hot dog, walked back to her cart, had trouble getting her cart to move, got it to move, started walking, and fell. Plaintiff alleges that she sustained personal injuries as a direct result of the Subject Incident. Plaintiff further alleges that Costco's negligence caused the Subject Incident, which Costco denies. Defendant denies liability for the Subject Incident and disputes the nature and extent of Plaintiff's alleged injuries.

1. Costco owns the property located at 20 Stew Leonard Drive, Yonkers, New York ("Subject Premises"). **Defendant's Answer (Docket No. 7)** at ¶ 3.

2. On January 16, 2022, Plaintiff was on the Subject Premises. **Complaint (Docket No. 4-2)** at ¶ 6.

3. On January 16, 2022, Plaintiff fell while on the Subject Premises. **Complaint (Docket No. 4-2)** at ¶ 6; **Exhibits A** and **D** (videos of the Subject Incident).

4. Shortly before and at the time of her fall, Plaintiff did not notice any liquid on the floor and had not observed the floor to be slippery. **Exhibit C (Transcript of Plaintiff's Deposition)** at 94:22-98:12; 105:2-5; 115:12-15..

5. Shortly before and at the time of her fall, Plaintiff did not notice any debris on the floor. **Exhibit C** at 96:11-95:20.

6. When Plaintiff returned to her cart from the concession area, she tried to push her cart, it would not move, so she pulled the cart towards herself, walked forward, the cart "flew", and she fell. **Exhibit C** at 97:22-98:12.

7. Plaintiff first saw the plastic soda cup lid after she fell. **Exhibit C** at 105:9-13; 137:17-22.

8. The surveillance video of Plaintiff's fall shows that neither she nor her cart came into contact with the plastic soda cup lid or any liquid. **Exhibits A and D**.

9. Plaintiff did not know what caused her to fall. **Exhibit C** at 104:4-12.

10. Plaintiff did not see any dangerous or defective condition on the floor of the Subject Premises. **Exhibit C** at 118:4-7; 118:11-13; 119:7-9.

Respectfully submitted,
Defendant,
COSTCO WHOLESALE CORPORATION
By its attorneys,


*/s/ Andrew Ferguson*
Andrew Ferguson, Bar No. AF5154
COUGHLIN BETKE LLP
1330 Avenue of the Americas
Suite 23A
New York, NY 10019

MAILING ADDRESS

175 Federal Street
Boston, MA 02110
(617) 988-8050
aferguson@coughlinbetke.com
chays@coughlinbetke.com

### **CERTIFICATE OF SERVICE**

I, Andrew R. Ferguson, hereby certify that I have mailed a copy of this document to the following parties of record through the Court's ECF system and via first class mail and/or email, this 29th day of May 2024:

Francis X. Young, Esq.
Law Offices of Francis X. Young, PLLC
One North Lexington Avenue, 7th Floor
White Plains, New York 10601
(914) 285-1500
fxy@younglawny.com

*/s/ Andrew Ferguson*_____
Andrew R. Ferguson