UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**Russo,**

                                    Plaintiffs,

               -against-

**Costco Wholesale Corp.,**

                                    Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2025

**ORDER RE STATUS CONFERENCE**

7:22-cv-3130 VR

**VICTORIA REZNIK, United States Magistrate Judge:**

       A Status Conference (via telephone) is hereby scheduled for **March 6, 2025 at 11:00 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

       **SO ORDERED.**

DATED:     White Plains, New York
                 February 14, 2025

                                                            _____
                                                            VICTORIA REZNIK
                                                            United States Magistrate Judge