UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Andrea Russo

                       Plaintiff,                      **SCHEDULING ORDER**

        -against-                          22 Civ. 3130 (VR)

Costco Wholesale Corporation

                       Defendants.
------------------------------------------------------------x

      The Court has scheduled a Settlement Conference for June 11, 2025, at 2:00 p.m. via Microsoft Teams.  A separate e-mail will be sent to counsel containing information on how to connect to the conference.

      Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference. The letter must summarize (1) the history of settlement negotiations; (2) the issues in the case; (3) the party's settlement valuation of the case and the rationales for it; and (4) any other information counsel believes would assist the Court in preparation for the conference. The letter must be emailed directly to my chambers at: BergNYSDChambers@nysd.uscourtsgov. In addition, prior to the submission of the *ex parte* letters, Plaintiff must make at least one new settlement demand, and Defendants must make at least one new settlement offer.

Dated:  March 14, 2025
      White Plains, New York

                                 **SO ORDERED:**

                               KIM P. BERG
                               United States Magistrate Judge