UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANDREA RUSSO | ) | |
| *Plaintiff* | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 7:22-CV-03130-VR |
| | ) | |
| COSTCO WHOLESALE CORPORATION | ) | |
| *Defendant* | ) | |
| | ) | |

## **MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Courtney D. Hays hereby respectfully submits this motion to withdraw its appearance on behalf of Defendant COSTCO WHOLESALE CORPORATION ("Defendant"), in the above-captioned matter. The Defendant continues to be represented by Andrew R. Ferguson and Benjamin H. Levites and will not be prejudiced by the requested withdrawal.

WHEREFORE, Courtney D. Hays, respectfully moves the Court to grant its application for withdrawal of its appearance.

DEFENDANT
DOLLAR TREE STORES, INC.

By its attorneys:

/s/ Courtney Hays
Courtney Hays, ct31062
Kiernan Trebach LLP
100 Pearl Street
Hartford, CT 06103

MAILING ADDRESS
40 Court Street, 3rd Floor
Boston, MA 02108
Tel: (617) 426-3900
chays@kiernantrebach.com

Dated: March 21, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, Courtney Hays, certify that on March 21, 2025 a copy of this document was or will immediately be served upon all parties of record via the court's ECF system:

Andrew R. Ferguson
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
aferguson@coughlinbetke.com

Benjamin H. Levites
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
blevites@coughlinbetke.com

Francis X. Young, Esq.
Law Offices of Francis X. Young, PLLC
One North Lexington Avenue, 7th Floor
White Plains, New York 10601
(914) 285-1500
fxy@younglawny.com

/s/ Courtney Hays
Courtney Hays, ct31062