UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA RUSSO )<br>      *Plaintiff* )<br>)<br>v. )<br>)<br>COSTCO WHOLESALE CORPORATION )<br>      *Defendant* )<br>) | CIVIL ACTION NO.:<br>7:22-CV-03130-VR |

## AFFIDAVIT IN SUPPORT OF MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

I, Courtney D. Hays, being duly sworn, hereby depose and state as follows:

1. I am an attorney admitted to practice before this Court and was formerly associated with the law firm of Coughlin Betke, LLP.

2. I submit this affidavit in support of my motion to withdraw as counsel for COSTCO WHOLESALE CORPORATION ("Defendant"), pursuant to Local Civil Rule 1.4.

3. I am no longer affiliated with Coughlin Betke, LLP, which continues to serve as counsel of record for COSTCO WHOLESALE CORPORATION in this matter.

4. COSTCO WHOLESALE CORPORATION will not be prejudiced by this withdrawal, as representation will continue uninterrupted by Coughlin Betke, LLP.

5. I respectfully request that the Court grant this motion and relieve me as counsel of record in this matter.

WHEREFORE, I respectfully move the Court to grant its application for withdrawal of its appearance.

I affirm this 27th day of March, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

/s/ Courtney Hays
Courtney Hays, ct31062
Kiernan Trebach LLP
100 Pearl Street
Hartford, CT 06103

MAILING ADDRESS
40 Court Street, 3rd Floor
Boston, MA  02108
Tel: (617) 426-3900
chays@kiernantrebach.com


Dated: March 27, 2025

## **CERTIFICATE OF SERVICE**

      I, Courtney Hays, certify that on March 27, 2025 a copy of this document was or will immediately be served upon all parties of record via the court's ECF system:

Andrew R. Ferguson
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
aferguson@coughlinbetke.com

Benjamin H. Levites
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
blevites@coughlinbetke.com

Francis X. Young, Esq.
Law Offices of Francis X. Young, PLLC
One North Lexington Avenue, 7th Floor
White Plains, New York 10601
(914) 285-1500
fxy@younglawny.com

                                                  /s/ Courtney Hays
                                                  Courtney Hays, ct31062