UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Russo,

                           Plaintiffs,

        -against-

Costco Wholesale Corp.,

                           Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:22-cv-3130  VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

      As per the request from Plaintiff's counsel in his letter at DE #68 a Conference (via telephone) is hereby scheduled for **May 28, 2025 at 10:30 am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.  At the Status Conference, the parties should be prepared to discuss the motion counsel intends to make.

      **SO ORDERED.**

DATED:    White Plains, New York
                 May 22, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/2025