UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREA RUSSO,

        Plaintiff,

    -against-                                      Civil Action No.:7:22-cv-03130-cs

COSTCO WHOLESALE CORPORATION,

        Defendant.
-----------------------------------------------------------------X

## NOTICE OF MOTION TO SEAL

**PLEASE TAKE NOTICE** that the Law Offices of Francis X. Young, PLLC, will move this Court before the Honorable Victoria Reznik, Courtroom 420, United States District Court, 300 Quarropas Street, White Plains, New York 10601, on June 18, 2025, for an order granting permission for the Law Offices of Francis X. Young, PLLC, to seal an Affidavit of Francis X. Young, Esq., related to a Motion to Withdraw as Counsel.

Any opposition papers shall be served by June 13, 2025, with Plaintiff's reply papers to be served by June 18, 2025.

Dated: White Plains, New York
       June 4, 2025

                                                      Respectfully Submitted,

                                                      LAW OFFICES OF
                                                      FRANCIS X. YOUNG, PLLC
                                                      BY:

                                                        _____
                                                        FRANCIS X. YOUNG (8205)
                                                       Attorney for Plaintiff, ANDREA RUSSO
                                                       360 Hamilton Avenue , Suite 1010
                                                       White Plains, New York 10601
                                                       (914) 285-1500

To:

COUGHLIN BETKE LLP
ANDREW FERGUSON, ESQ. (AF5154)
Attorneys for Defendant COSTCO WHOLESALE CORPORATION
175 Federal Street
Boston, Massachusetts 02110
(617) 988-8050
cbetke@coughlinbetke.com
aferguson@coughlinbetke.com