UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREA RUSSO,

        Plaintiff,

   -against-

COSTCO WHOLESALE CORPORATION,

        Defendant.
-----------------------------------------------------------------X

Civil Action No.:7:22-cv-03130-cs

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4, the Law Offices of Francis X. Young, PLLC, will move this Court before the Honorable Victoria Reznik, Courtroom 420, United States District Court, 300 Quarropas Street, White Plains, New York 10601, on June 18, 2025, for an order granting permission for the Law Offices of Francis X. Young, PLLC, to withdraw as counsel to Plaintiff, Andrea Russo. This motion is made and based upon the Memorandum of Law in Support of the Motion to Withdraw and the two Affidavits of Francis X. Young, Esq., one filed with this motion and a second one filed under seal for in camera review by the Court.

    Any opposition papers shall be served by June 13, 2025, with Plaintiff's reply papers to be served by June 18, 2025.

Dated: White Plains, New York
       June 3, 2025

                                 Respectfully Submitted,

                                 LAW OFFICES OF
                                 FRANCIS X. YOUNG, PLLC
                                 BY: _____

FRANCIS X. YOUNG (8205)
Attorneys for Plaintiff, ANDREA RUSSO
360 Hamilton Avenue , Suite 1010
White Plains, New York 10601
914-285-1500

To:

COUGHLIN BETKE LLP
ANDREW FERGUSON, ESQ. (AF5154)
Attorneys for Defendant COSTCO WHOLESALE CORPORATION
175 Federal Street
Boston, Massachusetts 02110
(617) 988-8050
cbetke@coughlinbetke.com
aferguson@coughlinbetke.com