UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA RUSSO,  )<br>       *Plaintiff*  )<br>    )<br>v.    )<br>    )<br>    )<br>COSTCO WHOLESALE CORPORATION,  )<br>       *Defendant*  )<br>    ) | CIVIL ACTION NO.:<br>7:22-cv-03130-cs |

**DEFENDANT COSTCO WHOLESALE CORPORATION'S POSITION STATEMENT CONCERNING PLAINTIFF'S MOTION TO SEAL**

Defendant, Costco Wholesale Corporation, ("Costco"), hereby submits this position statement in response to Plaintiff's Motion to Seal ("Plaintiff's Motion") (ECF No. 84-87). Plaintiff's counsel has indicated that filing Andea Russo's affidavit would violate attorney/client privilege and otherwise would not be prudent. Having not seen the affidavit of Ms. Russo, Costco cannot comment on its contents, and agrees that any attorney-client privileged information should be sealed and/or redacted. Costco submits that should Ms. Russo's affidavit contain information that is not protected by the attorney client privilege, that information should not be sealed and/or the sealing request should be narrowly tailored to permit Costco access to non-privileged information. See *Collado v. City of New* York, 193 F. Supp. 3d 286, 288 (S.D.N.Y. 2016) (citing *United States v. Amodeo*, 73 F.3d 1044, 1048 (2d Cir. 995) (there is a long-established "general presumption in favor of public access to judicial documents").

1

Respectfully submitted by,<br>
Defendant<br>
COSTCO WHOLESALE CORPORATION<br>
By its attorneys,<br>
<br>
  /s/ Andrew R. Ferguson<br>
Andrew Ferguson, Bar No. AF5154<br>
COUGHLIN BETKE LLP<br>
175 Federal Street<br>
Boston, MA 02110<br>
(617) 988-8050<br>
aferguson@coughlinbetke.com

## CERTIFICATE OF SERVICE

I, Andrew Ferguson, hereby certify that on June 30, 2025, I served a copy of the within document to all counsel of record via the ECF system.

                                                           /s/ Andrew R. Ferguson<br>
                                                           Andrew Ferguson, Esq.