```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```

Russo,

                                  Plaintiffs,           **ORDER RE STATUS CONFERENCE**

          -against-

Costco Wholesale Corp,                                       7:22-cv-3130- VR

                                  Defendant.

```
----------------------------------------------------------------X
```

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **August 12, 2025 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

    **The Clerk's Office is directed to mail a copy of this Order to the Pro Se Plaintiff at 65 Greentree Dr., Scarsdale, NY 10583.**

    **SO ORDERED.**

DATED:    White Plains, New York
                August 1, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/1/2025*