**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

ANDREA RUSSO,
    *Plaintiff,*

  v.

COSTCO WHOLESALE CORPORATION           7:22-cv-03130-VR
    *Defendant.*                        Monday, March 16, 2026


**NOTICE OF MOTION IN LIMINE TO PRECLUDE PLAINTIFF FROM PRESENTING**
**UNPLEADED CLAIMS**

PLEASE TAKE NOTICE that upon the accompanying March 16, 2026, Memorandum of Law in Support of Motion In Limine to Preclude Plaintiff from Presenting Unpleaded Claims, along with all exhibits thereto and all pleadings, submissions, and proceedings herein, Defendant Costco Wholesale Corporation ("Defendant") hereby moves this Court, before the Hon. Victoria Reznik, at the United States District Court for the Southern District of New York, located at The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St. White Plains, NY 10601-4150, to preclude plaintiff from presenting unpleaded claims under Federal Rule of Civil Procedure 16(b).

                                   Respectfully submitted,
                                   DEFENDANT,
                                   Costco Wholesale Corporation
                                   By their attorneys,

                                   /s/ Benjamin Levites
                                   Andrew R. Ferguson (AF5154)
                                   Benjamin H. Levites (5557046)
                                   Coughlin Betke LLP
                                   1330 Avenue of the Americas Suite
                                   23A
                                   New York, NY 10019
                                   212-653-0380
                                   aferguson@coughlinbetke.com

1

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on Monday, March 16, 2026.

*/s/ Benjamin Levites*
Benjamin Levites