UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA RUSSO,　　　　　　　　　　　　　　)
　　　　　　　　　*Plaintiff*　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)　　　CIVIL ACTION NO.:
　　　　　　　　　　　　　　　　　　　　　)　　　7:22-cv-03130-VR
v.　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
COSTCO WHOLESALE CORPORATION,　　　　)
　　　　　　　　　*Defendant*　　　　　　　)

**PROPOSED VOIR DIRE**

1.  In this case Ms. Russo indicates she suffered an injury when she fell at a Costco.  You may feel sympathy for her.  However, the judge will instruct you that, while in this courtroom, you must set aside those sympathies and reach a verdict based on the law and the evidence. Do any of you think you will not be able to do that?

2.  Is there anyone here who believes that he or she might have a challenging time putting sympathy aside during this trial...that for you, it might be better to serve as a juror in a case that does not involve a personal injury?

3.  Is there anyone here who thinks that there might be something wrong with the law, in that it requires that you leave sympathy behind when deciding this case?

4.  Does anyone think that they will not be able to able to apply the law that the Court gives you even if it means that the plaintiffs will not receive any money in this case?

5.  Do any of the jurors believe that a person should recover money in a lawsuit simply because he or she has been injured or has suffered some harm or loss?

6.  Does anyone believe that even if a corporation is not at fault, they should have to pay because they are a corporation?

7. Will you treat the corporate defendant the same as any other defendant, based on the law the Judge will instruct you on?

8. Does anyone here have a negative view of corporations that would affect your ability to be fair and impartial?  Why?

9. Does anyone feel that corporations often get away with too much and only get a "slap on the wrist" when something goes wrong?

**Plaintiff objects to this question as inappropriate, prejudicial and misleading**

10. Does anyone here feel that corporations care more about profits than people's safety? If yes, can you put that aside and judge this case on its own merit?

11. Has anyone *not* been to Costco?

12. Do any of you have a negative opinion of Costco, such that it would affect your ability to be fair and impartial?

13. Have you, your friends, any member of your family, or any acquaintance ever had a bad experience at Costco such that it would affect your ability to be fair and impartial?

14. Do you have any opinions about Costco that you believe would prevent you from being fair and impartial in this case?

15. Have you read or heard anything about Costco in the news that you believe would cause you to have difficulty rendering a fair and impartial verdict in this case?

**Plaintiff objects to this question as improper, prejudicial misleading and duplicative.**

16. Does anyone think lawsuits are necessary to keep companies honest or to hold companies responsible for their actions?

**Plaintiff objects to this question as improper, prejudicial and misleading**

17. Does anyone here have any specialized training, education, or experience in Workplace safety?

18. Does anyone here have any specialized training, education, or experience in any Medical field such as nursing or orthopedics?

19. Does anyone here have any specialized training, education, or experience in Rehabilitation or physical therapy?

20. Has anyone here ever sustained a broken hip?

21. Has anyone here ever had hip surgery or a hip replacement?

    a. How do you think that might impact your being a juror in this case?

    b. As you listen to the evidence, would you be thinking about your own injury

22. Has anyone here ever had a family member  undergo hip surgery or have a hip replacement?

23. Does anyone here suffer from any chronic pain or a permanent injury?

    a. How do you think that might impact your being a juror in this case?

    b. As you listen to the evidence, would you be thinking about your own injury (if similar)

24. Is anyone here currently serving as a caregiver for someone who has been injured or is chronically ill?

    a. For how long did you take care of this person?

    b. As you listen to the evidence, would you be thinking about your own injury (if similar)

25. Does anyone feel it is more important to make sure an injured person is compensated,

than it is to determine who is at fault for those injuries

    a. **Plaintiff requests a follow up question "will you follow the law given by the Judge?"**

26. Does anyone feel that it is inappropriate, or that you might even be offended, if the defense presents evidence that the plaintiff's injuries do not require the level of care she claims, and that her damages are not as significant as she claims?

27. As you sit here right now, are any of you thinking, Costco should just pay because the incident happened on its premises? Or Costco can probably afford to pay, so what's wrong with making them do so?

28. How many of you believe that holding large corporations accountable using lawsuits is critical for keeping corporations honest.

        **Plaintiff objects to this question as improper, prejudicial and misleading**

29. Are you comfortable sending the plaintiff home with no compensation if that is what the law and evidence calls for?

30. Have you or any of your family members or close friends ever been involved in a slip and fall accident?

    a. If so, would that affect your ability to be fair and impartial in this case?

    b. was the accident minor or severe?

       **Plaintiff objects to this question (b) as improper, prejudicial and misleading**

    c. Was anyone injured in that accident? What were the nature of the injuries/how severe? Did anyone die in the accident?

    d. Who do you/your family member or friend believe was at fault for that accident – you/them, or someone else?

31. How many of you have heard or believe the saying "accidents happen"?

   **Plaintiff objects to this question as irrelevant**

32. Does anyone here feel that if an accident occurs on your property, you are automatically responsible?

   **Plaintiff has requested the follow up "That is not the law, so will you follow the law the judge will instruct you?**

33. Does anyone here feel that Costco must have done something wrong for the case to get as far as a jury trial?

34. Here the evidence will show that Ms. Russo had a fall inside of a Costco store. Merely because it happened there, and without any other proof, do you believe that Costco should just accept responsibility for Ms Russo's injuries?

35. Have you or any of your family members ever been involved in a lawsuit involving personal injuries?

   a. If so, were you a plaintiff or a defendant?

   b. What were the nature of the injuries claimed?

   c. Without telling us the outcome, do you feel like you were treated fairly? If not, why not?

   d. Would any of that cause you to feel that you could not be fair and impartial here?

36. Is there any reason why you believe that you could not be fair and impartial to both sides

in this case?

37. Will you agree to wait to hear all of the evidence in the trial and the judge's instructions on the law before making your decision in this case?

38. Do any of the jurors have any problem with the instruction that they must treat any company the same as an individual and that companies and individuals must be treated fairly and equally under the law?

39. Given the little bit of information you now know about the case, and all that you have been asked to think about, is there any reason that you have not expressed why you might feel uncomfortable sitting as a juror on this case?

40. Is there anything that perhaps we did not cover today that you feel may impact your ability to sit on this case?

41. Is there anyone here who has served on a jury before?
    a.  Was it a civil or criminal case?
    b.  Did you find the experience rewarding?
    c.  Do you feel that the outcome was fair?

42. Have you or anyone you know been an employee of Costco?

43. Are any of you members of Costco?

Respectfully submitted by,
Plaintiff,
ANDREA RUSSO
By her attorneys

   */s/ Ari J. Freidman*
Ari J. Freidman, Esq., Lead attorney
Sal A. Spano, Esq. Second Seat to Mr. Freidman
Edelman Krasin & Jaye PLLC
7001 Brush Hollow Road, Suite 100
Westbury, NY 11590
(516) 742-9200
afriedman@ekjlaw.com
sspano@ekjlaw.com

Defendant
COSTCO WHOLESALE CORPORATION
By its attorneys,

 */s/ Benjamin Levites*
Andrew Ferguson, Bar No. AF5154
Benjamin H. Levites (5557046) ,
COUGHLIN BETKE LLP 175
Federal Street Boston, MA 02110

(617) 988-8050
aferguson@coughlinbetke.com
blevites@coughlinbetke.com