UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANDREA RUSSO, | ) | |
| *Plaintiff* | ) | |
| | ) | CIVIL ACTION NO.: |
| | ) | 7:22-cv-03130-VR |
| v. | ) | |
| | ) | |
| | ) | |
| COSTCO WHOLESALE CORPORATION, | ) | |
| *Defendant* | ) | |
| | ) | |

### PROPOSED VERDICT SHEET – PHASE ONE (LIABILITY)

**INSTRUCTIONS:**

**ALL JURORS MUST AGREE ON THE ANSWER TO EACH QUESTION.**

**MAKE NO MARKS ON BLANK SPACES. MARK ANSWERS TO QUESTIONS ONLY ON THE LINES PROVIDED.**

**QUESTIONS BEGIN ON THE FOLLOWING PAGE.**

1. Did the Plaintiff ANDREA RUSSO prove by a preponderance of the evidence that COSTCO WHOLESALE CORPORATION was negligent?

    Yes _____       No _____

    **All jurors must agree on the answer to this question.**

    **If your answer to Question #1 is Yes, please proceed to answer Question #2.  If your answer to Question #1 is No, please proceed no further and let the Court know you are done deliberating. Do not answer any additional questions.**

2. Did the Plaintiff ANDREA RUSSO prove by a preponderance of the evidence that COSTCO WHOLESALE CORPORATION's negligence was a substantial factor in causing the incident?

Yes _____    No _____

**All jurors must agree on the answer to this question.**

**If your answer to Question #2 is Yes, please proceed to answer Question #3.  If your answer to Question #2 is No, please proceed no further and let the Court know you are done deliberating. Do not answer any additional questions.**

3. Did COSTCO WHOLESALE CORPORATION prove by a preponderance of the evidence that Plaintiff ANDREA RUSSO was negligent?

Yes _____    No _____

**All jurors must agree on the answer to this question.**

**If your answer to Question #5 is Yes, please proceed to answer Question #6.  If your answer to Question #5 is No, please proceed to Question #7.**

4. Did COSTCO WHOLESALE CORPORATION prove by a preponderance of the evidence that Plaintiff ANDREA RUSSO's negligence was a substantial factor in causing the incident?

Yes _____    No _____

**All jurors must agree on the answer to this question.**

**Please proceed to answer Question #7.**

5. Please state the percentages of fault for each party listed below. The total of these percentages must equal 100%:

COSTCO WAREHOUSE CORPORATION          _____ %

Plaintiff ANDREA RUSSO          _____ %


**All jurors must agree on the answer to this question.**