UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA RUSSO,<br>    *Plaintiff*<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.:
7:22-cv-03130-VR

**PROPOSED VERDICT SLIP – PHASE 2 (DAMAGES)**

**INSTRUCTIONS:**

**ALLJURORS MUST AGREE ON THE ANSWER TO EACH QUESTION. MAKE NO MARKS ON BLANK SPACES. MARK ANSWERS TO QUESTIONS ONLY ON THE LINES PROVIDED.**

**QUESTIONS BEGIN ON THE FOLLOWING PAGE.**

1.      State separately the amount awarded for the following items of damages, if any, to Plaintiff ANDREA RUSSO, up to the date of your verdict:

Past medical expense:                          $_____

Pain and suffering up to the date of your verdict.     $_____

**If you decide not to make an award to the above items, you will insert the word**

**"none" as to that item.**

**All jurors must agree on the answer to this question.**

**Please proceed to answer Question #2.**

2. State separately the amount awarded for the following items of damages, if any, to Plaintiff ANDREA RUSSO from the date of your verdict to be incurred in the future:

Pain and suffering, including the permanent effect of the injury, from the time of verdict for the time that Plaintiff ANDREA RUSSO could be expected to live.

$_____

**If you decide not to make an award as to any of the above items, you will insert the word "none" as to that item.**

**All  jurors must agree on the answer to this question.**

**Please proceed to answer Question #3.**

3. If you have made any award for amounts intended to compensate Plaintiff ANDREA RUSSO  for damages to be incurred in the future, then for each item for which an award is made, state the period of years over which such amounts are intended to provide compensation.

Pain and suffering, including the permanent effect of the injury.

_____    years

**If you make no award as to any of the above items, you will insert the word "none" as to that item.**

**All jurors must agree on the answer to this question.**

**STOP.  Inform the Court of your verdict.**