UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA RUSSO,                          )
                *Plaintiff*            )
                                       )        CIVIL ACTION NO.:
                                       )        22-CV-3130
v.                                     )
                                       )
                                       )
COSTCO WHOLESALE CORPORATION,          )
                *Defendant*            )
                                       )

**PLAINTIFF'S RESPONSES TO DEFENDANT'S MOTIONS IN LIMINE**

1.      Defendant's notice of motion in limine to preclude Plaintiff from presenting unpleaded claims.

- Plaintiff has no opposition.

2.      Defendant's motion in limine to preclude Plaintiff from proffering hearsay testimony of James Russo.

- Plaintiff has no opposition.

3.      Defendant's notice of motion in limine to preclude:

    i. Testimony related to finances, profits, losses, or economic status of Costco

- Plaintiff has no opposition.

    ii. Evidence related to similar or same occurrences, claims, or lawsuits against Costco.

- Plaintiff has no opposition.

    iii. Prejudicial, inflammatory, and disparaging arguments

- Plaintiff does not oppose this portion of the Defendant's motion to the extent that Plaintiff shall abide by the rules of the Court.

iv. Plaintiff from raising Golden Rule arguments at the time of trial

- Plaintiff does not oppose this portion of the Defendant's motion to the extent that Plaintiff shall abide by the rules of the Court.

v. The use of commitment questions to prospective jurors.

- Plaintiff does not oppose this portion of the Defendant's motion to the extent that Plaintiff shall abide by the rules of the Court.

vi. Unsubstantiated anchoring.

- Plaintiff does not oppose this portion of the Defendant's motion to the extent that Plaintiff shall abide by the rules of the Court.

4. Defendant's motion in limine to preclude Plaintiff from testimony regarding information not produced in discovery.

- Plaintiff has no opposition.

5. Notice of motion in limine to preclude undisclosed medical expert testimony and records.

- Plaintiff does not oppose to the extent that Plaintiff intends on following the Federal Rules of Evidence and New York Civil Practice Laws and Rules.

Respectfully submitted by,
Plaintiff
ANDREA RUSSO
By her attorneys,

_____
Ari J. Friedman

EDELMAN, KRASIN, & JAYE PLLC.
7001 Brush Hollow Road
Westbury, New York 11590
(516) 742-9200
afriedman@ekjlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on Monday, March 23, 2026.

Ari J. Friedman