

PAUL B. EDELMAN **+**
LAWRENCE P. KRASIN
SAL A. SPANO

HAROLD J. STANGLER
1929-2017

WILLIAM T. JAYE
1954-2024

KARA M. ROSEN **++**
MONICA P. BECKER
GILBERT HARDY
ADENIYI TAIWO
ARI J FRIEDMAN

ROBERT T. ACKER
OF COUNSEL

+ADMITTED IN NY & DC
++ADMITTED IN NY & NJ

May 1, 2026

The Honorable Victoria Reznik
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:     Andrea Russo v. Costco Wholesale Corporation
        United States District Court Southern District of New York C.A.:  7:22-cv-03130

Dear Judge Reznik:

The parties jointly request the admission of Dr. Richard N. Weinstein, M. D's report (attached) dated November 8, 2023, in lieu of requiring live testimony.  The request is appropriate for several reasons.

*First*, there is no real controversy regarding authenticity, authorship, or the fact that Dr. Weinstein prepared that report based on his evaluation of Ms. Andrea Russo. The report has been exchanged in discovery, both sides have reviewed it, and neither side claims surprise or prejudice.

*Second*, requiring a physician to appear live to authenticate a report whose contents are already known would consume trial time, and drain judicial resources unnecessarily. This stipulation streamlines presentations without impairing the truth-seeking function.

*Third*, this is not informal hearsay created for litigation at the last minute. It is a professional medical report prepared by a licensed physician, containing observations, diagnoses, and opinions rendered in the regular course of the physician's work. Such records carry substantial indicia of reliability.

*Fourth*, this is a joint stipulation.  When represented parties knowingly waive foundation and authenticity objections, honoring that agreement narrows issues for trial and promotes orderly case management.

Accordingly, the parties respectfully request that the Court admit Dr. Weinstein's report as a trial exhibit in lieu of live testimony.  The attached stipulation reaffirms the parties request.

The parties greatly appreciate the Court's time and consideration.

Very truly yours,

EDELMAN, KRASIN & JAYE, PLLC

Ari Friedman, Esq.

cc:    Andrew Ferguson, Esq
       Coughlin Betke LLP
       175 Federal Street
       Boston, MA 02110

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ANDREA RUSSO,

                                        **STIPULATION**

                    Plaintiff,

      -against-

COSTCO WHOLESALE CORPORATION,           **Docket No.:7:22-cv-03130 VR**

                    Defendant.
-----------------------------------------------------------------------x

**STIPULATION REGARDING ADMISSION OF MEDICAL REPORT IN LIEU OF LIVE TESTIMONY**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, by and through undersigned counsel, and Defendant, by and through undersigned counsel, as follows:

1. The parties stipulate that the independent medical examination medical report of Dr. Richard N. Weinstein, M.D., dated November 8, 2023, previously produced in discovery, may be admitted into evidence at trial in lieu of calling Dr. Richard N. Weinstein, M.D, as a witness at trial and on the condition that Dr. Weinstein not testify at trial.

2. The parties further stipulate that no objection shall be made to the authenticity of the report or to its admission on foundation grounds, or based solely upon the absence of testimony from Dr. Richard N. Weinstein, M.D.

3. All other objections, including objections as to relevance, hearsay premised on documents relied upon by Dr. Weinstein but not admitted in evidence, weight, scope of opinions, or arguments concerning credibility, are expressly reserved unless otherwise stated herein.

4. This stipulation is entered into solely for purposes of trial in this action and shall not constitute a waiver of any other rights or objections not specifically set forth herein.

Dated: May 1, 2026

_____
BY: ARI J. FRIEDMAN, ESQ.
EDELMAN KRASIN & JAYE, PLLC
Attorneys for Plaintiff
7001 Brush Hollow Road, Suite 100
Westbury, New York 11590

_____
BY: ANDREW FERGUSON, ESQ.
COUGHLIN BETKE LLP
Attorneys for Defendant
175 Federal Street
Boston, MA 02110

SO ORDERED:

_____

United States District Judge