UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREA RUSSO,
      *Plaintiff,*
      v.
COSTCO WHOLESALE CORPORATION
      *Defendant.*                                                7:22-cv-03130-VR

**PROPOSED CHARGE TO JURY ON PLAINTIFF'S USE OF WHEELCHAIR**

Pursuant to this Court's Order dated April 23, 2026, the parties jointly submit the following as a Preliminary Instruction[1] on the Plaintiff's Use of a Wheelchair:

*Plaintiff's Wheelchair Use*

You may note that Mrs. Russo is using a wheelchair today. As a result, she may have difficulty moving around the courtroom or getting to and from the witness stand. Her use of a wheelchair is not related to the alleged fall that is the subject of this lawsuit and the injuries she claims in this case. You are not to consider her use of a wheelchair as evidence, and it should play no role in your reaching a fair and just verdict.

Respectfully submitted by,
Plaintiff,                                                Defendant
ANDREA RUSSO                                              COSTCO WHOLESALE CORPORATION
By her attorneys                                         By its attorneys,

/s/ Ari Friedman                                         /s/ Benjamin Levites
Ari J. Freidman, Esq., Lead attorney                     Andrew Ferguson (AF5154)
Sal A. Spano, Esq. Second Seat to Mr. Freidman           Benjamin H. Levites  (5557046)
Edelman Krasin & Jaye PLLC                               COUGHLIN BETKE LLP
7001 Brush Hollow Road, Suite 100                        175 Federal Street
Westbury, NY 11590                                       Boston, MA 02110
(516) 742-9200                                           (617) 988-8050
afriedman@ekjlaw.com                                     aferguson@coughlinbetke.com
sspano@ekjlaw.com                                        blevites@coughlinbetke.com

---

[1] Costco submits that should the case reach a damages phase, this instruction should be given to the jury in that phase of the case.

1