**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDREA RUSSO,

                        Plaintiff,                                    22 **CIVIL** 3130 (VR)

        -against-                                                   **JUDGMENT**

COSTCO WHOLESALE CORPORATION,

                        Defendant.
-----------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury

Trial before the Honorable Victoria Reznik, United States Magistrate Judge, the jury having

returned a verdict in favor of Defendant Costco Wholesale Corporation, and the Complaint is

hereby dismissed.


**DATED:** New York, New York
        May 15, 2026


                                                        TAMMI M. HELLWIG

**So Ordered:**                                         _____
                                                            Clerk of Court

_____                BY:  _____
U.S.M.J. Victoria Reznik                                    Deputy Clerk